B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re    The Mary A II, LLC                                       Case No. _____
                                    Debtor(s)                     Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SC Advisors 7, LLC<br>Mike Stone<br>223 East Blvd.<br>Charlotte, NC 28203 | SC Advisors 7, LLC<br>Mike Stone<br>223 East Blvd.<br>Charlotte, NC 28203 | Noteholder A | | 200,000.00 |
| SC Advisors 7, LLC<br>Mike Stone<br>223 East Blvd.<br>Charlotte, NC 28203 | SC Advisors 7, LLC<br>Mike Stone<br>223 East Blvd.<br>Charlotte, NC 28203 | Noteholder A | | 150,000.00 |
| Mac, Surendrapal<br>MAC 1 FLP<br>816 North Third Street<br>Albemarle, NC 28001 | Mac, Surendrapal<br>MAC 1 FLP<br>816 North Third Street<br>Albemarle, NC 28001 | Noteholder B | | 100,000.00 |
| High Performance Investments, Inc.<br>1500 South Blvd., Ste. 201B<br>Charlotte, NC 28203 | High Performance Investments, Inc.<br>1500 South Blvd., Ste. 201B<br>Charlotte, NC 28203 | Noteholder B | | 100,000.00 |
| Calhoun, David E. & Claudia D.<br>6053 Morris Road<br>Marcy, NY 13403 | Calhoun, David E. & Claudia D.<br>6053 Morris Road<br>Marcy, NY 13403 | Noteholder B | | 100,000.00 |
| Weaver, Linford<br>1852 Agape Court<br>East Earl, PA 17519 | Weaver, Linford<br>1852 Agape Court<br>East Earl, PA 17519 | Noteholder A | | 100,000.00 |
| SC Advisors 7, LLC<br>Mike Stone<br>223 East Blvd.<br>Charlotte, NC 28203 | SC Advisors 7, LLC<br>Mike Stone<br>223 East Blvd.<br>Charlotte, NC 28203 | Noteholder A | | 100,000.00 |
| Pierre, George & Edith<br>11714 Silmarillion Trail<br>Austin, TX 78739 | Pierre, George & Edith<br>11714 Silmarillion Trail<br>Austin, TX 78739 | Noteholder A | | 100,000.00 |
| Pierre, George & Edith<br>11714 Silmarillion Trail<br>Austin, TX 78739 | Pierre, George & Edith<br>11714 Silmarillion Trail<br>Austin, TX 78739 | Noteholder A | | 100,000.00 |
| Mac, Baldeep, MAC1 FLP<br>816 North Third Street<br>Albemarle, NC 28001 | Mac, Baldeep, MAC1 FLP<br>816 North Third Street<br>Albemarle, NC 28001 | Noteholder A | | 100,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  The Mary A II, LLC  
                Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| High Performance Investments, Inc. 1500 South Blvd., Ste. 201B Charlotte, NC 28203 | High Performance Investments, Inc. 1500 South Blvd., Ste. 201B Charlotte, NC 28203 | Noteholder A | | 100,000.00 |
| Pierre, Alan 4416 Rosecliff Drive Charlotte, NC 28277 | Pierre, Alan 4416 Rosecliff Drive Charlotte, NC 28277 | Noteholder B | | 75,000.00 |
| Snyder, Keith 3738 Daryl Drive Landisville, PA 17538 | Snyder, Keith 3738 Daryl Drive Landisville, PA 17538 | Noteholder B | | 50,000.00 |
| Risser, R. Eugene 42 Windcrest Drive Lititz, PA 17543 | Risser, R. Eugene 42 Windcrest Drive Lititz, PA 17543 | Noteholder B | | 50,000.00 |
| Price, Linda 1045 Lexington Drive Moody, AL 35004 | Price, Linda 1045 Lexington Drive Moody, AL 35004 | Noteholder B | | 50,000.00 |
| Malik Enterprises Bhajneet Singh Malik 1922 E. 7th Place Los Angeles, CA 90021 | Malik Enterprises Bhajneet Singh Malik 1922 E. 7th Place Los Angeles, CA 90021 | Noteholder B | | 50,000.00 |
| Hurst, Chad 11 Waterfront Estates Drive Lancaster, PA 17603 | Hurst, Chad 11 Waterfront Estates Drive Lancaster, PA 17603 | Noteholder B | | 50,000.00 |
| Hershey, Mark 40 E. 4th Avenue Lititz, PA 17543 | Hershey, Mark 40 E. 4th Avenue Lititz, PA 17543 | Noteholder B | | 50,000.00 |
| Bradley, Robin R. 7428 Waterview Drive Cornelius, NC 28031 | Bradley, Robin R. 7428 Waterview Drive Cornelius, NC 28031 | Noteholder B | | 50,000.00 |
| Bice, Ed P.O. Box 4090 Mooresville, NC 28117 | Bice, Ed P.O. Box 4090 Mooresville, NC 28117 | Noteholder B | | 50,000.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  8-29-11          Signature  /s/ James M. Rudnick  
                                                        James M. Rudnick  
                                                        Managing Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.